# EXHIBIT

# H

David R. Fowler,
MB. ChB. M. Med Path (Forens) FAAFS, FCAP
1408 Phoenix Rd
Phoenix
MD 21131
(410 472 0688)

Glenn T. Marrow
Chief Solicitor
Baltimore City Dept. of Law
Legal Affairs Division
601 East Fayette Street
Baltimore, MD 21202

August 31, 2012

Re. Brockington v. Boykins

Dear Mr. Marrow

I have reviewed the opinions by Drs Callery and Hunter. In order to complete my report I need to review their notes and reports related to the results of the physical and oral examination they conducted, the methodology they employed in conducting those examinations, and the reasons why those examinations and the medical records support their, respective, opinions.

Sincerely,

David R Fowler MB. ChB. M.Med. Path. Forens. FAAFS, FACP.